# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Mike Archuleta                          Docket No. 5:14-MJ-19331-1

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mike Archuleta, who, upon an earlier plea of guilty to Driving While Impaired - Level 5 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on September 10, 2014, to a 12-month term of supervised probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Mr. Archuleta is scheduled to complete supervision on September 9, 2015. At this point, he has not satisfied the court ordered financial obligation and has only completed 4 of the ordered 24 hours of community service. He has no explanation for this non-compliance other than some recurring health problems. He has requested an extension of probation for a period of six months in order to address these issues. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The term of probation is hereby extended for a period of six months from the current expiration date of September 9, 2015, until March 9, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 10, 2015

### ORDER OF COURT

Considered and ordered this 10th day of August, 2015, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge