UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mike Archuleta  Docket No. 5:14-MJ-1933-1

### Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Mike Archuleta, who, upon an earlier plea of guilty to Driving While Impaired- Level 5 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on September 10, 2014, to a 12-month term of supervised probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Mr. Archuleta is scheduled to complete supervision on March 9th, 2016 after his original probation was extended 6 months to complete 20 community service hours and pay off the case balance. To date, the community service hours have been completed. The defendant still owes $190. Mr. Archuleta has requested another 6 month extension in order to pay off the case balance. Furthermore, it is requested that if the case balance is paid off, the case may be terminated given that the defendant is in compliance with all other conditions of probation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for a period of 6 months from the current expiration date of March 9, 2016, until September 9, 2016. The case may be terminated if the remaining case balance is paid off within this time period and all other conditions are satisfied.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

/s/ Lee Holmes
Lee Holmes
Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2568
Executed On: March 7, 2016

### ORDER OF THE COURT

Considered and ordered this __8th__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge